

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00313-CV

**IN THE INTEREST OF M.H.,** A Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Appellant filed a motion for rehearing on June 27, 2014. We request a response to the motion and **order** any response to the motion must be filed by **July 11, 2014**. *See* TEX. R. APP. P. 49.2.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court